## BUCHANAN *vs.* THE STATE OF GEORGIA.

The evidence is ample that the defendant was legally guilty of the crime of simple larceny, and a fine of fifty dollars, or three months' imprisonment in the chain-gang, was very lenient against a chicken thief.

Judgment affirmed.

February 24, 1885.

JACKSON, Chief Justice

## LATIMER *vs.* TUMLIN *et al.*

H. sold a tract of land to L., gave bond for titles, and received part of the purchase money. Subsequently L. having ascertained that there were old judgments against his vendor, he caused the sale to himself to be rescinded, and obtained a decree against H. for the money paid, which was to operate against the land as a lien; he also retained possession of the land. Prior to the date of this decree, a judgment had been obtained against H.; on this a *fi. fa.* was issued and levied on the land, which was sold at sheriff's sale. The purchaser ruled the sheriff to require the latter to put him in possession. L. resisted the rule:

*Held,* that the rule was properly made absolute, requiring the sheriff to place the purchaser in possession. L. held under the defendant in *fi. fa.*, and his decree gave him no right to hold possession of the land against the purchaser under a prior judgment.

Judgment affirmed.

March 10, 1885.

BLANDFORD, Justice.

## FULLER *vs.* SMITH.

1. The court gave the law properly in charge; the jury decided the issues correctly, under the evidence; and there was no abuse of discretion in refusing to grant a new trial.

2. Where exception is taken to the admission of evidence, the ground of objection thereto must be stated.

Judgment affirmed.

March 17, 1885.

JACKSON, Chief Justice.